**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSE FIGUEROA, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    -against-<br><br><br>MIZUNO USA, INC.,<br><br>      Defendant. | Case No. 1:19-cv-03014-RA<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
    June 24, 2019

By: _____         By: _____
Joseph H. Mizrahi, Esq.             Yash B. Dave, Esq.
Cohen & Mizrahi LLP              Smith Gambrell &amp; Russell LLP
300 Cadman Plaza West, 12th Fl.        50 N. Laura Street, Suite 2600
Brooklyn, New York 11201           Jacksonville, FL 32202
joseph@cml.legal                ydave@sgrlaw.com
*Attorney for Plaintiff*              *Attorney for Defendant*